UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.13-23705-CIV-ALTONAGA/O'SULLIVAN

HARD CANDY, LLC,
a Florida limited liability
company,

      Plaintiff,

v.

HARD CANDY FITNESS, LLC,
a Delaware company,
NEW EVOLUTION VENTURES, LLC,
a Delaware company

      Defendants.
_____/

## ORDER APPROVING STIPULATION

This Matter came before the Court on the Stipulation of the Parties Withdrawing Request and Cross-Request for Sanctions Regarding Madonna Deposition, and the Court having reviewed the Stipulation and being fully advised in the matter,

It is hereby Ordered and Adjudged that the Stipulation is adopted and approved as an Order of this Court. The Request and Cross-Request for Sanctions, and related briefing [D.E.'s ## 205, 211, 220 & 221] are deemed to be withdrawn.

Done and Ordered in Chambers, at Miami, Florida this **24th** day of July, 2015.

                                                    JOHN O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Altonaga
All counsel of record