UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23705-CIV-ALTONAGA/O'Sullivan

**HARD CANDY, LLC**,

      Plaintiff,

v.

**HARD CANDY FITNESS, LLC**, *et al.*,

      Defendants.

_____/

**ORDER**

      **THIS CAUSE** came before the Court on the parties' Stipulation . . . [ECF No. 238], filed September 25, 2015. The parties request an extension of certain pretrial deadlines set in the Order Setting Trial . . . [ECF No. 32]; that Order, however, is no longer the operative scheduling order, as the Court entered an Amended Scheduling Order [ECF No. 142] on January 8, 2015. Nevertheless, and being fully advised, it is

      **ORDERED AND ADJUDGED** that the pretrial deadlines in the Amended Scheduling Order **[ECF No. 142]**, including the deadline for submission of the joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions), are continued for **twenty (20) days**. **No extensions of time will be given for the filing of response and reply memoranda.**

      The cause remains on the two-week trial calendar beginning on March 7, 2016, with calendar call to be held at **9:00 a.m. on Tuesday, March 1, 2016**. The parties otherwise remain subject to the Amended Scheduling Order. No other extensions are permitted.

CASE NO. 13-23705-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 25th day of September, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record