# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-23705-ALTONGA

HARD CANDY LLC,
a Florida limited liability company,

   Plaintiff,

 vs.

HARD CANDY FITNESS, LLC, a Delaware company, NEW EVOLUTION VENTURES, LLC, a Delaware company, MGHCANDY, LLC, a Delaware company, GUY OSEARY, an individual, MADONNA LOUISE CICCONE, an individual,

   Defendants.

HARD CANDY FITNESS, LLC,
a Delaware company,

   Counterclaimant,

 vs.

HARD CANDY, LLC, a Florida limited liability company, WAL-MART STORES, INC., a Delaware company,

   Counterdefendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED by and between all parties to the above-captioned action (the "Action"), including Hard Candy, LLC ("HCLLC"); Hard Candy Fitness, LLC ("HCF"); New Evolution Ventures, LLC ("NEV"); and Wal-Mart Stores, Inc. that the Action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties to bear their own costs and fees.

This Stipulation of Dismissal With Prejudice is conditioned on the Court retaining jurisdiction over HCLLC, HCF and NEV to enforce the Global Settlement Agreement and Release of Claims entered into between them.

IT IS SO STIPULATED.

Dated:  November 6, 2015						RUTAN & TUCKER, LLP

										By:       /s/ Michael Adams
										Michael Adams
										Attorneys for
										Defendant/Counterclaimant Hard
										Candy Fitness, LLC and Defendant
										New Evolution Ventures, LLC

Dated:  November 6, 2015						COFFEY BURLINGTON

										By:       /s/   Gabriel Groisman
										Gabriel Groisman
										Attorneys for
										Plaintiff/Counterdefendant Hard Candy,
										LLC and Counterdefendant Wal-mart
										Stores, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

## Service List

| | |
|---|---|
| **Gail A. McQuilkin, Esq.**<br>    gam@kttlaw.com<br>**Douglas A. Wolfe, Esq.**<br>    daw@kttlaw.com<br>KOZYAK TROPIN &<br>    THROCKMORTON, P.A.<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, Florida  33134<br>Telephone:     (305) 372-1800<br>Direct:             (305) 377-0656<br>Facsimile:      (305) 372-3508<br><br>*Attorneys for Hard Candy Fitness, LLC, New Evolution Ventures, LLC* | **Michael D. Adams, Esq.**<br>    (*admitted pro hac vice*)<br>    madams@rutan.com<br>    scook@rutan.com<br>**Briana Fitzpatrick, Esq.**<br>    (*admitted pro hac vice*)<br>    bfitzpatrick@rutan.com<br>    tfontes@rutan.com<br>**Proud Usahacharoenport, Esq.**<br>    (*admitted pro hac vice*)<br>    pusaha@rutan.com<br>    ctennell@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California  92626<br>Telephone:     (714) 641-5100<br>Facsimile:      (714) 546-9035<br><br>*Attorneys for Hard Candy Fitness, LLC, New Evolution Ventures, LLC* |

              /s/    Gabriel Groisman