UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23705-CIV-ALTONAGA/O'Sullivan

**HARD CANDY, LLC**,

    Plaintiff,
v.

**HARD CANDY FITNESS, LLC**, *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Stipulation of Dismissal With Prejudice [ECF No. 241]. Being fully advised, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed. The Court will retain jurisdiction over Hard Candy, LLC; Hard Candy Fitness, LLC; and New Evolution Ventures, LLC solely for the purpose of enforcing the Global Settlement Agreement and Release of Claims entered into between them.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record